UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD PARQUET, SR.,

    Plaintiff,

    v.

ALAMEDA COUNTY SHERIFF'S DEPARTMENT,

    Defendant.
_____/

No. C 09-2047 PJH

**ORDER OF DISMISSAL**

Plaintiff having failed to pay the filing fee by the June 12, 2009, deadline set by the court, this action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: June 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge